JS-6

1  ANDREW J. STERN, ESQ. #051648
   LAW OFFICES OF ANDREW J. STERN
2  9100 Wilshire Boulevard,
   Suite 715-East Tower
3  Beverly Hills, CA   90212

4  Telephone: (310) 274-8507, Fax (310) 274-2080
   ajsternlaw@aol.com

5
   **Attorneys for Plaintiff MICHAEL LARKIN**
6

7  JOHN B. McCARTHY, JR., ESQ. #145303
   LAW OFFICES OF JOHN B. McCARTHY, JR. ESQ.
8  4685 MacArthur Court, Suite 200
   Newport Beach, CA 92660
9
   Telephone: (949) 553-1359, Fax (949) 250-5555
10 mccarj10@nationwide.com

11 **Attorneys for Defendant 7-ELEVEN, INC. and
   NAT ENTERPRISES, INC. dba 7-ELEVEN 2175-25625B**
12

13
                    UNITED STATES DISTRICT COURT
14
                    CENTRAL DISTRICT OF CALIFORNIA
15

16 | MICHAEL M. LARKIN              ) CASE NO. CV 12-1498-MMM(PLAx)
17 |         Plaintiff,             ) (~~PROPOSED~~) ORDER TO REMAND
                                    ) CASE TO STATE COURT
18 |    v.                          )
                                    ) Hon. Margaret M. Morrow
19 | AB SALES OF POMONA, a business )
     entity form unknown, 7-ELEVEN, INC., a
20 | Texas                          )
     Corporation; and DOES 1 through 50,
21 | inclusive,                     )
                                    )
22 |                                )
             Defendants.            )
23

24

25      PURSUANT TO THE STIPULATION OF counsel for Plaintiff Michael M. Larkin
26 ("Plaintiff") and counsel for Defendant 7-Eleven, Inc. and NAT Enterprises, Inc. dba
27 7-ELEVEN 2175-25625B ("Defendant"):
28

IT IS ORDERED THAT:

This case is hereby remanded to the Superior Court of the State of California, For the County of Los Angeles, East District - Pomona, and specifically to the Hon. Bruce R. Minot, in Department H of said court, under LASC Case No. KC062214 for further proceedings between the parties.

Dated: May 1, 2012

*Margaret M. Morrow*
Hon. Margaret M. Morrow,
United States District Court Judge

(Proposed) Order to Remand Case to State Court